JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JAMES DODD,<br><br>           Petitioner,<br>  vs.<br><br>WARDENS, et al.,<br><br>           Respondents. | Case No. EDCV 11-1503-CAS (DTB)<br><br>**J U D G M E N T** |

In accordance with the Order re Summary Dismissal of Action filed herein,

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED:   September 27, 2011

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE