JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL JAMES DODD, | ) | Case No. EDCV 11-1503-CAS (DTB) |
| Petitioner, | ) | |
| vs. | ) | **JUDGMENT** |
| WARDENS, et al., | ) | |
| Respondents. | ) | |

In accordance with the Order re Summary Dismissal of Action filed herein,

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: September 27, 2011

*Christina A. Snyder*
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

1